# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 21, 2025

## NO. 03-23-00279-CV

**Mike Morath, in His Official Capacity as Commissioner of Education for the Texas Education Agency, Appellant**

**v.**

**Texas State Teachers Association, Appellee**

---

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES THEOFANIS, ELLIS AND JONES
### AFFIRMED IN PART, REVERSED AND RENDERED IN PART –
### OPINION BY JUSTICE JONES

---

This is an appeal from the judgment signed by the trial court on April 11, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court having sustained the Commissioner's alternative issue concerning Subsections (A), (B), and (E) of Rule 97.10075(c)(1), we reverse the trial court's judgment in that respect and render judgment declaring those provisions of the rule valid. The remainder of the trial court's judgment is affirmed. Each party shall bear one-half of the costs relating to this appeal, both in this Court and in the court below.